THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | CIVIL ACTION NO.: 08-256-CG-C |
| | * | |
| **$12,000.00, MORE OR LESS, IN U.S. CURRENCY** | * | |
| | * | |
| | * | |
| | * | |
| **Defendant.** | * | |

## ORDER OF FORFEITURE

This matter is before the Court on plaintiff's motion for entry of order of forfeiture (Doc.9). For cause shown, the motion is granted.

On May 13, 2008, a verified complaint for forfeiture in rem was filed on behalf of the United States against the defendant, $12,000.00, more or less, in U.S. Currency, to enforce the provisions of Title 21, United States Code, Section 881(a)(6). Process was fully issued in this action for the forfeiture of the defendant property under the complaint.

Pursuant to the warrant of arrest in rem issued by the clerk of court on May 14, 2008, the defendant, $12,000.00, more or less, in U.S. currency, was seized on May 19, 2008.

On May 13, 2008, a copy of the Complaint for Forfeiture in Rem, Warrant for Arrest and Notice of Forfeiture Action was sent to Dr. Scott Corliss, through his attorney,

Brian K. Holland, Esq., 1600 Stout Street, Suite 1000, Denver, Colorado, 80202, informing him of his right to file a claim in this court within thirty five (35) days of the date that the notice was sent, and to file an answer within 20 days thereafter for a hearing to adjudicate the validity of his alleged interest in the property, and of the intent of the United States to dispose of the property in accordance with the law, all in accordance with Supplemental Rules G(4)(b)(C), G (5)(ii)(A) and G(5)(b)

On May 16, 2008, said notice was received by individuals at the office of the attorney who represent potential claimant Dr. Scott Corliss, M.D.  (Doc. 3).   Therefore, potential claimant Scott Corliss, M.D. who was sent direct notice had through June 17, 2008 to file a claim and 20 days thereafter, until July 7, 2008, to file an answer.  No such claim or other responsive pleadings were filed by Scott Corliss, M.D. and his time to file same has expired.

On May 15, 2008, the U.S. Marshals Service executed the Warrant for Arrest issued by the Clerk thereby arresting the defendant, $12,000.00, more or less, in U.S. Currency.   Notice of this seizure and forfeiture action, of the right of all third parties to petition the court within thirty (30) days for a hearing to adjudicate the validity of their alleged interest in the property, and of the intent of the United States to dispose of the property in accordance with the law, was published in the Press-Register, a newspaper of general circulation in the Southern District of Alabama, on June 6, 13 and 20, 2008. (Doc.

8) and was also published on the Internet at www.forfeiture.gov from June 4, 2008 through July 3, 2008.  (Doc. 7).  Any putative claimant who received notice by newspaper publication had to file a claim by July 21, 2008 and a motion under Rule 12 or answer by August 11, 2008.  Any putative claimant who received notice by internet notice had to file a claim by August 4, 2008 and a motion under Rule 12 or an answer by August 25, 2008.

    All identifiable possible claimants were served.  All possible claimants have had adequate notice and time in which to file a claim and an answer.  No such claims or answers have been filed, and the filing deadlines, of Supplemental Rules G(4)(b)(C), G (5)(ii)(A) and G(5)(b) have expired.

    With no claims, answers, or pleadings having been filed in opposition to the forfeiture of said defendant, and there being no remaining issues, final disposition of this action is appropriate at this time.

    **NOW, THEREFORE**, the court having considered the matter and having been fully advised in the premises, it is **ORDERED, ADJUDGED, AND DECREED** as follows:

    1.  This court has jurisdiction over the subject matter, and the complaint states a claim upon which relief may be granted.

2.  In accordance with the verified complaint, the defendant, $12,000.00, more or less, in U.S. currency which was seized by the United States Marshals Service, is **ORDERED** to be forfeited to the United States of America pursuant to the provisions of Title 21, United States Code, Section 881(a)(6).

3.  This order resolving all matters and issues joined in this action, the Clerk of Court is directed to close this file for administrative and statistical purposes.

**DONE and ORDERED** this 28th day of August, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE