# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
|     **Plaintiff,** | * |
| | * |
| **v.** | *    **CIVIL ACTION NO.: 08-256-CG-C** |
| | * |
| **$12,000.00, MORE OR LESS, IN U.S. CURRENCY** | * |
| | * |
| | * |
| | * |
|     **Defendant.** | * |

## FINAL JUDGMENT OF FORFEITURE

In accordance with the order entered of even date herein, the defendant, $12,000.00, more or less, in United States currency, is forfeited to the plaintiff, the United States of America, for disposition according to law.

**DONE** and **ORDERED** this 28th day of August, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE